UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE MAGDALENO (4),<br><br>    Defendant. | Case No. 18CR0458-LAB<br><br>ORDER OF CRIMINAL FORFEITURE |

WHEREAS, in the Indictment in the above-captioned case, the United States sought forfeiture of all right, title and interest in specific property of Defendant JOSE MAGDALENO ("Defendant"), pursuant to, *inter alia*, Title 18 United States Code, Section 924(d) and Title 28 United States Code, Section 2461(c), including all firearms and ammunition involved in the commission of the violation of Title 18 United States Code, Section 924(c)(1); and

WHEREAS, on or about March 27, 2018, Defendant pled guilty before Magistrate Judge Barbara Lynn Major to Count 3 of the Indictment, which plea included consent to the forfeiture allegations of the Indictment, including forfeiture of the following:

    a.    Ruger model LCP II, .380 caliber pistol, bearing serial number 380085594; and

WHEREAS, on April 23, 2018, this Court accepted the guilty plea of Defendant; and

//

WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture addendum, the United States has established the requisite nexus between the forfeited property and the offense; and

WHEREAS, the property is currently in custody of the San Diego Sheriff's Department; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Based upon the guilty plea of the Defendant, all right, title and interest of Defendant JOSE MAGDALENO in the following property, which is currently in the custody of the San Diego Sheriff's Department, is hereby forfeited to the United States. The Court orders that the San Diego Sheriff's Department shall dispose of the forfeited asset according to law when no longer needed as evidence:

    a. Ruger model LCP II, .380 caliber pistol, bearing serial number 380085594; and

2. No ancillary proceedings or further action is required as to Defendant JOSE MAGDALENO in this criminal case.

3. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

IT IS SO ORDERED.

DATED: July 16, 2018

Hon. Larry Alan Burns
United States District Judge